AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____ NORTHERN _____ District of _____ CALIFORNIA _____

JOHN HUGHES,
      Plaintiff (s),

V.

CIDO SHIPPING (H.K.) CO. LTD.
      Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C12 01397(JCS)

Notice is hereby given that, subject to approval by the court, __John Hughes__ substitutes
                   (Party (s) Name)

__John Hughes, In Propria Persona__ , State Bar No. _____ as counsel of record in
(Name of New Attorney)

place of __Philip R. Weltin, Esq. / Weltin, Streb & Weltin LLP__ .
      (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

 Firm Name:   John Hughes, In Propria Persona
 Address:    15956 Covered Bridge Way, Lathrop CA 95330
 Telephone:   (510) 376-0663     Facsimile _____
 E-Mail (Optional): _____

I consent to the above substitution.
Date: 7/27/12
              (Signature of Party (s))

I consent to being substituted.
Date: 7/27/12
              (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 7/27/12
              (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: July 30, 2012           Judge Joseph C. Spero

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]