# EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
## ATTORNEYS

49 Stevenson Street, Suite 400  
San Francisco, California 94105

www.edptlaw.com

Telephone: (415) 227-9455  
Facsimile: (415) 227-4255

November 19, 2012

**By Email**

Magistrate Judge Joseph C. Spero  
U.S. District Court, Northern District of California  
450 Golden Gate Avenue, 15th Floor, Courtroom G  
San Francisco, CA 94102

Re: John Hughes v Cido Shipping  
N. D. Cal. No. C-12-01397-JCS  
Our Ref.: 43200.074

Dear Judge Spero:

We represent defendant Cido Shipping (Korea) Co. Ltd. At the Case Management Conference on October 16, 2012, you scheduled a further Case Management Conference for November 30, 2012, at 1:30 pm to see if Plaintiff (who is presently appearing in pro per) has obtained counsel. To date we have received no information that Plaintiff has obtained counsel. I request to be allowed to attend the CMC on November 30 by telephone. My direct dial land line phone number is 415-222-7406.

Very truly yours,

Eric Danoff  
of  
EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP

John Hughes  
15956 Covered Bridge Way  
Lathrop, CA 95330  
(By mail)

IT IS HEREBY ORDERED THAT Mr. Danoff shall be on phone standby beginning at 1:30 PM and await the Court's call.

Dated: 11/26/12

IT IS SO ORDERED AS MODIFIED  
Judge Joseph C. Spero  
UNITED STATES DISTRICT COURT  
NORTHERN DISTRICT OF CALIFORNIA

# PROOF OF SERVICE

*John Hughes v. Cido Shipping (H.K.) Co. Ltd., et al.*
**USDC, Northern District of California**
**Case No. C-12-01397-JCS**

I am employed in the County of San Francisco, State of California.  I am over the age of 18 and not a party to the within action; my business address is 49 Stevenson Street, Suite 400, San Francisco, CA, 94105.  On November 19, 2012, I served the foregoing document described as

## LETTER TO JUDGE SPERO REQUESTING TELEPHONIC APPEARANCE

on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as set forth below:

John Hughes
15956 Covered Bridge Way
Lathrop, CA  95330
*In Propria Persona*
Tel.: (510) 376-0663

[XXX]   **(BY U.S. MAIL)**  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[    ]   **(BY OVERNIGHT DELIVERY)**  I caused personal delivery by Federal Express of the document(s) listed above, by placing the true copies in separate envelopes for each addressee, with the name and address of the person served shown on the envelope and by sealing the envelope and placing it for collection and delivery with delivery fees paid or provided for in accordance with ordinary business practices.

[    ]   **(BY PERSONAL SERVICE)**  I caused to be delivered such envelope by hand to the offices of the addressee.

[    ]   **(BY E-MAIL OR ELECTRONIC TRANSMISSION)**  Based on an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document to be sent to the persons at the e-mail addresses listed above.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[XXX]   **(FEDERAL)**  I declare under penalty of perjury in accordance with 28 U.S.C. 1746 that the foregoing is true and correct.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on November 19, 2012, at San Francisco, California.

Jon Arneson
(Type or Print Name)                                              (Signature)

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
1025 Prospect Street
Suite 380
La Jolla, CA 92037

- 1 -

PROOF OF SERVICE
Case No.·  C-12-01397-JCS