# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HUGHES, <br><br> Plaintiff(s), <br><br> v. <br><br> CIDO SHIPPING (H.K) CO., LTD, ET AL., <br><br> Defendant(s). | Case No.   C 12-01397 (JCS) <br><br> **SUBSTITUTION OF ATTORNEYS** <br><br> Magistrate Judge Spero <br> Courtroom: G |

_____John Hughes_____, hereby substitutes and appoints,

_____William Turley_____, as his/her attorney in the above entitle case, in the place

of _____John Hughes_____.

Copies have been served on all parties or their attorneys where they have attorneys.

Dated: __11/16/2012__

(Client) John Hughes

(Former Attorney) John Hughes

Dated: Nov. 26, 2012

*IT IS SO ORDERED*
Judge Joseph C. Spero

(Present Attorney) William Turley
625 Broadway, Suite 625
San Diego, CA 92101
(Present Attorney's Address)

-1-