UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HUGHES,<br><br>    Plaintiff(s),<br><br>v.<br><br>CIDO SHIPPING (H.K) CO., LTD, ET AL.,<br><br>    Defendant(s). | Case No.   C 12-01397 (JCS)<br><br>**SUBSTITUTION OF ATTORNEYS**<br><br>Magistrate Judge Spero<br>Courtroom: G |

_____John Hughes_____, hereby substitutes and appoints,

_____William Turley_____, as his/her attorney in the above entitle case, in the place

of _____John Hughes_____.

Copies have been served on all parties or their attorneys where they have attorneys.

Dated: 11/16/2012

(Client) John Hughes

(Former Attorney) John Hughes

(Present Attorney) William Turley
625 Broadway, Suite 625
San Diego, CA 92101
(Present Attorney's Address)

Dated: Nov. 26, 2012

IT IS SO ORDERED
Judge Joseph C. Spero