# THE TURLEY LAW FIRM

A Professional Law Corporation
625 Broadway, Suite 625
San Diego, California 92101
Telephone (619) 234-2833
Facsimile (619) 234-4048

WILLIAM TURLEY
DAVID T. MARA
STEPHANIE WEAVER

TRIAL LAWYERS
PROCTORS IN ADMIRALTY
THIRD-PARTY WORK INJURIES

November 26, 2012

**By Email**

Magistrate Judge Joseph C. Spero
U.S. District court, Northern District of California
450 Golden Gate Avenue, 15th Floor, Courtroom G
San Francisco, CA 94102

Re: **John Hughes v. Cido Shipping**
N.D. Cal. No. C-12-01397-JCS

Dear Judge Spero:

As the new counsel for Mr. Hughes, I request to be allowed to appear by telephone at the CMC scheduled for November 30, 2012.

Very truly yours,
THE TURLEY LAW FIRM

William Turley, Esq.

cc: Eric Danoff, Esq.

IT IS HEREBY ORDERED THAT Mr. Turley shall be on phone standby beginning at 1:30 PM and await the Court's call.
Dated: 11/30/12

IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero

F:\ACLIENTS\WRKCOMP\BT CASES\Hughes, John\Northern District\Judge Spero\

Case Name: <u>**John Hughes v. Cido Shipping (H.K.) Co. Ltd., et al.**</u>
Case No.: C-12-01397-JCS

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the County of: San Diego, State of California.

I am over the age of 18 and not a party to the within action; my business address is: 625 Broadway, Suite 625, San Diego, California 92101.

On **November 26, 2012**, I served the foregoing document(s) described as:

**Correspondence dated November 26, 2012 RE: Telephone appearance request**

On interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Eric Danoff, Esq.
**EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP**
49 Stevenson Street, Suite 400
San Francisco, CA 94105

[XX] **(BY UNITED STATES MAIL)** on **November 26, 2012**, I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses named above and deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

[ ] **(BY E-MAIL)** I caused the documents to be sent to the persons at the electronic notification addresses of the parties named above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[XX] **(BY FAX)** on **November 26, 2012**, in addition to service by mail as set forth above, a copy of said document(s) were also delivered by facsimile transmission to the addresses named above. No error was reported by the fax machine that I used.

[XX] **(DECLARATION)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Dated: November 26, 2012

_____
Veronica Flores