# THE TURLEY LAW FIRM

A Professional Law Corporation
625 Broadway, Suite 625
San Diego, California 92101
Telephone (619) 234-2833
Facsimile (619) 234-4048

WILLIAM TURLEY
DAVID T. MARA
STEPHANIE WEAVER
CRAIG BENNER

TRIAL LAWYERS
PROCTORS IN ADMIRALTY
THIRD-PARTY WORK INJURIES

February 25, 2013

Magistrate Judge Joseph C. Spero
U.S. District court, Northern District of California
450 Golden Gate Avenue, 15th Floor, Courtroom G
San Francisco, CA 94102

Re:   **John Hughes v. Cido Shipping**
      N.D. Cal. No. C-12-01397-JCS

Dear Judge Spero:

I request to be allowed to appear by telephone at the CMC scheduled for March 1, 2013.

Very truly yours,
**THE TURLEY LAW FIRM**

William Turley, Esq.

cc: Eric Danoff, Esq.

F:\ACLIENTS\P.I\Hughes, John\Northern District\Judge Spero 2-21-13.wpd

IT IS HEREBY ORDERED THAT Mr. Turley shall be on phone standby beginning at 1:30 PM and await the Court's call.
Dated: 2/26/13

*IT IS SO ORDERED AS MODIFIED*
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA