UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN HUGHES,

         Plaintiff(s),

   v.

CIDO SHIPPING, ET AL.,

         Defendant(s).
_____/

Case No. 3:12-CV- 01397 JCS

**FURTHER CASE MANAGEMENT AND PRETRIAL ORDER AND ORDER TO SHOW CAUSE**

Following a further case management conference held on **March 1, 2013,**

IT IS HEREBY ORDERED THAT:

1. This case is referred to private mediation to occur before June 14, 2013. By March 15, 2013, the parties shall file a joint letter with the name of the mediator and mediation date.

2. Plaintiff shall appear on **March 29, 2013, at 9:30 AM,** and then and there show cause why Defendant Cido Shipping Hong Kong should not be dismissed from this action for failure to serve.

3. An updated case management conference statement shall be due by **June 12, 2013.**

4. A further case management conference is set for **June 14, 2013, at 1:30 PM.**

IT IS SO ORDERED.

Dated: March 6, 2013

                                                                                   JOSEPH C. SPERO
                                                                                   United States Magistrate Judge